Laurence ("Laird") J. Lucas (CA Bar No. 124854)
llucas@advocateswest.org
Elizabeth H. Potter (*pro hac vice* pending)
epotter@advocateswest.org
Andrew R. Missel (*pro hac vice* pending)
amissel@advocateswest.org
ADVOCATES FOR THE WEST
PO Box 1612
Boise ID 83701
Telephone: (208) 342-7024

Michael R. Lozeau (CA Bar No. 142893)
michael@lozeaudrury.com
LOZEAU DRURY LLP
1939 Harrison St., Suite 150
Oakland CA 94612
Telephone: (510) 836-4200

Attorneys for Plaintiffs
RESOURCE RENEWAL INSTITUTE,
CENTER FOR BIOLOGICAL DIVERSITY,
and WESTERN WATERSHEDS PROJECT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESOURCE RENEWAL INSTITUTE; CENTER FOR BIOLOGICAL DIVERSITY; and WESTERN WATERSHEDS PROJECT,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL PARK SERVICE, a federal agency,<br><br>Defendants. | Case No. 4:22-cv-145-KAW<br><br>**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT** |

CORPORATE DISCLOSURE STATEMENT – Page 1

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiffs Resource Renewal Institute, Center for Biological Diversity, and Western Watersheds Project certify that they have no parent corporations nor public subsidiaries and that no publicly held corporation owns 10% or more of their stock.

Dated: January 11, 2022

Respectfully submitted,

*/s/ Laurence ("Laird") J. Lucas*
Laurence ("Laird") J. Lucas (CA Bar No. 124854)
llucas@advocateswest.org
Elizabeth H. Potter (*pro hac vice* pending)
epotter@advocateswest.org
Andrew R. Missel (*pro hac vice* pending)
amissel@advocateswest.org
ADVOCATES FOR THE WEST
PO Box 1612
Boise ID 83701
Telephone: (208) 342-7024

Michael R. Lozeau (CA Bar No. 142893)
michael@lozeaudrury.com
LOZEAU DRURY L.L.P.
1939 Harrison St., Suite 150
Oakland CA 94612
Telephone: (510) 836-4200

*Attorneys for Plaintiffs*

CORPORATE DISCLOSURE STATEMENT – Page 2