Tony Francois, Cal. Bar #184100
BRISCOE IVESTER & BAZEL LLP
235 Montgomery Street, Suite 935
San Francisco, California, 94104
Telephone:     (415) 402-2700
Facsimile:     (415) 398-5630
Email:         tfrancois@briscoelaw.net

Caroline Lobdell, Ore. Bar #021236, *pro hac vice forthcoming*
Aaron Bruner, Ore. Bar #133113, *pro hac vice forthcoming*
WESTERN RESOURCES LEGAL CENTER
9220 SW Barbur Blvd., Suite 119 #327
Portland, Oregon 97219
Telephone:     (503) 768-8500
Facsimile:     (503) 222-3255
Email:         clobdell@wrlegal.org
               abruner@wrlegal.org

Attorneys for Proposed Defendant-Intervenor
POINT REYES SEASHORE RANCHERS ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESOURCE RENEWAL INSTITUTE; CENTER FOR BIOLOGICAL DIVERSITY; and WESTERN WATERSHEDS PROJECT,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL PARK SERVICE, a federal agency,<br><br>Defendant,<br><br>POINT REYES SEASHORE RANCHERS ASSOCIATION,<br><br>Proposed Defendant-Intervenor. | Case Number: 4:22-cv-00145-KAW<br><br>**DECLARATION OF PAULETTE PERCY** |

I, Paulette Percy, under threat of penalty of law and pursuant to 28 U.S.C. § 1746, do hereby declare as follows:

1. I make this declaration in support of proposed intervenors' Motion to Intervene in the above-referenced case. I am competent to testify about the matters set forth herein and am over 18 years of age.

2. I am a member of the Point Reyes Seashore Ranchers Association ("PRSRA") that seeks intervention in this case and I have personal interests at stake, and knowledge concerning, this litigation. I currently have a use permit to graze cattle in the northern portion of the Golden Gate National Recreation Area ("GGRNA"), which is managed by the National Park Service ("NPS") and subject to the same General Management Plan Amendment and Record of Decision ("GMPA/ROD") at issue in this case.

3. I have great respect for the Point Reyes National Seashore ("Seashore") and the purposes for which it was created many years ago. The land was subject to development and now it is a perpetual treasure for both the public and those ranching families that gave up their lands and took leases in order to preserve this wonderous place. It is with great pleasure and pride that I care for the land and husband my small herd of beef cattle, promoting healthy animals and sustainable use of the land.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.

Dated: 4/8/22

_____
Paulette Percy