Tony Francois, Cal. Bar #184100
BRISCOE IVESTER & BAZEL LLP
235 Montgomery Street, Suite 935
San Francisco, California, 94104
Telephone:   (415) 402-2700
Facsimile:    (415) 398-5630
Email:          tfrancois@briscoelaw.net

Caroline Lobdell, Ore. Bar #021236, *pro hac vice forthcoming*
Aaron Bruner, Ore. Bar #133113, *pro hac vice forthcoming*
WESTERN RESOURCES LEGAL CENTER
9220 SW Barbur Blvd., Suite 119 #327
Portland, Oregon 97219
Telephone:   (503) 768-8500
Facsimile:    (503) 222-3255
Email:          clobdell@wrlegal.org
                     abruner@wrlegal.org

Attorneys for Proposed Defendant-Intervenor
POINT REYES SEASHORE RANCHERS ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESOURCE RENEWAL INSTITUTE; CENTER FOR BIOLOGICAL DIVERSITY; and WESTERN WATERSHEDS PROJECT, <br><br>　　　　　Plaintiffs, <br><br>v. <br><br>NATIONAL PARK SERVICE, a federal agency, <br><br>　　　　　Defendant, <br><br>POINT REYESE SEASHORE RANCHERS ASSOCIATION, <br><br>　　　　　Proposed Defendant-Intervenor. | Case Number: 3:22-cv-00145-MMC <br><br>**[PROPOSED] ORDER** |

Having considered the Motion to Intervene by Point Reyes Seashore Ranchers Association, supporting papers, responses and argument of the parties, and being fully advised, the Court hereby GRANTS the Motion to Intervene as of right pursuant to Fed. R. Civ. P. 24(a)(2).

IT IS SO ORDERED.

Dated: _____                    _____

                                       Maxine M. Chesney
                                       Senior United States District Judge

Presented by:

/s/ Tony Francois
Tony Francois, Cal. Bar #184100
BRISCOE IVESTER & BAZEL LLP
235 Montgomery Street, Suite 935
San Francisco, California, 94104
Telephone:      (415) 402-2700
Facsimile:      (415) 398-5630
Email:          tfrancois@briscoelaw.net

/s/ Caroline Lobdell
Caroline Lobdell, Ore. Bar #021236, *PHV forthcoming*

/s/ Aaron Bruner
Aaron Bruner, Ore. Bar #133113, *PHV forthcoming*
WESTERN RESOURCES LEGAL CENTER
9220 SW Barbur Blvd., Suite 119 #327
Portland, Oregon 97219
Telephone:      (503) 768-8500
Facsimile:      (503) 222-3255
Email:          clobdell@wrlegal.org
                abruner@wrlegal.org

Attorneys for Proposed Defendant-Intervenor

## CERTIFICATE OF SERVICE

I, Tony Francois, hereby certify that I, on April 20, 2022, I caused the foregoing to be served upon counsel of record through the Court's electronic service system.

Dated: April 20, 2022

/s/ Tony Francois<br>
Tony Francois