UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Resource Renewal Inst. et al.    , | Case No. 3:22-cv-00145-MMC |
|---|---|
| Plaintiff(s), | |
| v. | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** (CIVIL LOCAL RULE 11-3) |
| National Park Service            , | |
| Defendant(s). | |

I, Caroline Lobdell , an active member in good standing of the bar of

Oregon , hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: Defendant-Intervenors in the

above-entitled action. My local co-counsel in this case is Tony Francois , an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: 184100 .

9220 SW Barbur Blvd, Ste 119-327, Portland

MY ADDRESS OF RECORD

503-768-8500

MY TELEPHONE # OF RECORD

clobdell@wrlegal.org

MY EMAIL ADDRESS OF RECORD

235 Montgomery St, Ste 935, San Francisco,

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

415-402-2700

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

tfrancois@briscoelaw.net

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 021236 .

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months

preceding this application.

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: 4/21/2022                                    Caroline Lobdell
                                                        APPLICANT

5

6  ================================================================

7

8                          ORDER GRANTING APPLICATION

9                    FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11          IT IS HEREBY ORDERED THAT the application of Caroline Lobdell          is

12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated:  April 21, 2022

16

17  _____
                                          UNITED STATES DISTRICT/MAGISTRATE JUDGE
18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

Updated 11/2021                                  2