Laurence ("Laird") J. Lucas (CA Bar No. 124854)
llucas@advocateswest.org
Elizabeth H. Potter (*pro hac vice*)
epotter@advocateswest.org
Andrew R. Missel (*pro hac vice*)
amissel@advocateswest.org
ADVOCATES FOR THE WEST
PO Box 1612
Boise ID 83701
Telephone: (208) 342-7024

Michael R. Lozeau (CA Bar No. 142893)
michael@lozeaudrury.com
LOZEAU DRURY LLP
1939 Harrison St., Suite 150
Oakland CA 94612
Telephone: (510) 836-4200

Attorneys for Plaintiffs
RESOURCE RENEWAL INSTITUTE,
CENTER FOR BIOLOGICAL DIVERSITY,
and WESTERN WATERSHEDS PROJECT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESOURCE RENEWAL INSTITUTE; CENTER FOR BIOLOGICAL DIVERSITY; and WESTERN WATERSHEDS PROJECT,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL PARK SERVICE, a federal agency,<br><br>Defendant,<br><br>and<br><br>POINT REYES SEASHORE RANCHERS ASSOCIATION,<br><br>Proposed Defendant-Intervenor. | Case No. 4:22-cv-145-MMC<br><br>**PLAINTIFFS' RESPONSE TO MOTION TO INTERVENE BY POINT REYES SEASHORE RANCHERS ASSOCIATION**<br><br>Hearing Date: May 27, 2022<br><br>Time: 9:00 am<br><br>Place: Courtroom 7, 19th Floor<br><br>Judge: Honorable Maxine M. Chesney |

## PLAINTIFFS' RESPONSE TO PRSRA'S MOTION TO INTERVENE

Plaintiffs Resource Renewal Institute, Center for Biological Diversity, and Western Watersheds Project hereby file this response to the motion to intervene filed by the Point Reyes Seashore Ranchers Association ("PRSRA"), ECF No. 30. Plaintiffs do not oppose PRSRA's intervention on behalf of its members. However, Plaintiffs reserve the right to ask the Court to place conditions on PRSRA's participation.

Even when intervention as of right is granted, a court retains discretion to impose "appropriate conditions or restrictions responsive among other things to the requirements of efficient conduct of the proceedings." *Ellis v. Bradbury*, Case No. 3:13-cv-1266-MMC, 2013 WL 4777201, at *2 (N.D. Cal. Sep. 6, 2013) (quoting Fed. R. Civ. P. 24, Advisory Committee Notes to 1966 Amendments). It is too early at this point to tell what specific "conditions or restrictions" on PRSRA's participation might be most appropriate, but it seems likely that such conditions would include page limits on briefs and a requirement to coordinate with the National Park Service to avoid duplicative briefing. *See Ellis*, 2013 WL 4777201, at *2 (requiring the intervenor to file a joint motion to dismiss with other parties); *Resource Renewal Inst. v. Nat'l Park Serv.*, Case No. 4:16-cv-688-SBA, 2016 WL 11673178, at *3 n.5, *4 (N.D. Cal. Sep. 2, 2016) (placing page-limit restrictions and coordination conditions on intervenors). Plaintiffs will, of course, attempt to reach agreement with PRSRA on these conditions during case management meetings. If such agreement cannot be reached, however, Plaintiffs reserve the right to seek from this Court reasonable conditions on PRSRA's participation.

Dated:     May 3, 2022          Respectfully submitted,

*/s/ Andrew R. Missel*
Laurence ("Laird") J. Lucas (CA Bar No. 124854)
llucas@advocateswest.org
Elizabeth H. Potter (*pro hac vice*)
epotter@advocateswest.org
Andrew R. Missel (*pro hac vice*)
amissel@advocateswest.org
ADVOCATES FOR THE WEST
PO Box 1612
Boise ID 83701
Telephone: (208) 342-7024

PLAINTIFFS' RESPONSE TO PRSRA'S MOTION TO INTERVENE – Page 2

Michael R. Lozeau (CA Bar No. 142893)
michael@lozeaudrury.com
LOZEAU DRURY LLP
1939 Harrison St., Suite 150
Oakland CA 94612
Telephone: (510) 836-4200

*Attorneys for Plaintiffs*