TODD KIM
Assistant Attorney General
U.S. Department of Justice
ANDREW DOYLE (Florida Bar # 84948)
Trial Attorney
Environment and Natural Resources Division
c/o 450 Golden Gate Avenue, Suite 7-6714
San Francisco, CA 94102
(415) 744-6469
andrew.doyle@usdoj.gov
DAVID L. NEGRI (Idaho Bar # 6697)
Trial Attorney
Environment and Natural Resources Division
c/o U.S. Attorney's Office
1290 West Myrtle Street, Suite 500
Boise, Idaho 83702
(208) 334-1936
david.negri@usdoj.gov

STEPHANIE M. HINDS (Cal. Bar # 154284)
United States Attorney
MICHELLE LO (New York Bar # 4325163)
Chief, Civil Division
MICHAEL T. PYLE (Cal. Bar # 172954)
Assistant United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5087

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESOURCE RENEWAL INSTITUTE; CENTER FOR BIOLOGICAL DIVERSITY; and WESTERN WATERSHEDS PROJECT,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL PARK SERVICE, a federal agency,<br><br>Defendant. | Case No. 3:22-cv-145-MMC<br><br>**DEFENDANT'S RESPONSE TO MOTION TO INTERVENE BY POINT REYES SEASHORE RANCHERS ASSOCIATION**<br><br>Hearing Date: May 27, 2022<br><br>Time: 9:00 am<br><br>Place: Courtroom 7, 19th Floor<br><br>Judge: Honorable Maxine M. Chesney |

– Page 1

Defendant provides notice that it takes no position in regard to the motion to intervene filed by the Point Reyes Seashore Ranchers Association, ECF No. 30.

Dated: May 4, 2022

Respectfully submitted,

TODD KIM
United States Department of Justice
Assistant Attorney General

*/s/ David L. Negri*
ANDREW DOYLE, Trial Attorney
DAVID L. NEGRI, Trial Attorney
United States Department of Justice
Environment and Natural Resources Division

*Attorneys for Defendant*