Tony Francois, Cal. Bar #184100
BRISCOE IVESTER & BAZEL LLP
235 Montgomery Street, Suite 935
San Francisco, California, 94104
Telephone:   (415) 402-2700
Facsimile:   (415) 398-5630
Email:       tfrancois@briscoelaw.net

Caroline Lobdell, Ore. Bar #021236, *pro hac vice*
Aaron Bruner, Ore. Bar #133113, *pro hac vice*
WESTERN RESOURCES LEGAL CENTER
9220 SW Barbur Blvd., Suite 119 #327
Portland, Oregon 97219
Telephone:   (503) 768-8500
Facsimile:   (503) 222-3255
Email:       clobdell@wrlegal.org
             abruner@wrlegal.org

Attorneys for Proposed Defendant-Intervenor
POINT REYES SEASHORE RANCHERS ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESOURCE RENEWAL INSTITUTE; CENTER FOR BIOLOGICAL DIVERSITY; and WESTERN WATERSHEDS PROJECT,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL PARK SERVICE, a federal agency,<br><br>Defendant,<br><br>POINT REYES SEASHORE RANCHERS ASSOCIATION,<br><br>Proposed Defendant-Intervenor. | Case Number: 3:22-cv-00145-MMC<br><br>**REPLY IN SUPPORT OF MOTION TO INTERVENE**<br><br>Date:   Friday, May 27, 2022<br>Time:   9:00am<br>Room:   Courtroom 7, 19th Floor<br>Judge:  Maxine M. Chesney |

**REPLY IN SUPPORT OF MOTION TO INTERVENE**

On April 20, 2022, the Point Reyes Seashore Ranchers Association ("PRSRA") moved to intervene in this case as a matter of right pursuant to Fed. R. Civ. P. 24(a). Dkt. No. 30. At the time of filing, Plaintiffs and Federal Defendant National Park Service had reserved their positions on the motion until after review of the final filings. *Id.* at 2. Neither party ultimately opposed PRSRA's intervention. Dkt. Nos. 43, 44. Accordingly, the Court should grant the PRSRA's Motion to Intervene.

Respectfully submitted this 9th day of May, 2022.

    Tony Francois
    Tony Francois, Cal. Bar #184100
    BRISCOE IVESTER & BAZEL LLP
    235 Montgomery Street, Suite 935
    San Francisco, California, 94104
    Telephone:   (415) 402-2700
    Facsimile:    (415) 398-5630
    Email:         tfrancois@briscoelaw.net

    /s/ Caroline Lobdell
    Caroline Lobdell, Ore. Bar #021236, *PHV*

    /s/ Aaron Bruner
    Aaron Bruner, Ore. Bar #133113, *PHV*

    WESTERN RESOURCES LEGAL CENTER
    9220 SW Barbur Blvd., Suite 119 #327
    Portland, Oregon 97219
    Telephone:   (503) 768-8500
    Facsimile:    (503) 222-3255
    Email:         clobdell@wrlegal.org
                   abruner@wrlegal.org

    Attorneys for Proposed Defendant-Intervenor

    POINT REYES SEASHORE RANCHERS ASSOCIATION

**CERTIFICATE OF SERVICE**

I, Aaron Bruner, hereby certify that I, on May 9, 2022, I caused the foregoing to be served upon counsel of record through the Court's electronic service system.

Dated: May 9, 2022

/s/ Aaron Bruner
Aaron Bruner