IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESOURCE RENEWAL INSTITUTE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL PARK SERVICE,<br><br>Defendant. | Case No. 22-cv-00145-MMC<br><br>**ORDER GRANTING POINT REYES SEASHORE RANCHERS ASSOCIATION'S MOTION TO INTERVENE; VACATING HEARING** |

Before the Court is Point Reyes Seashore Ranchers Association's ("PRSRA") "Motion to Intervene," filed April 20, 2022. Defendant National Park Service has filed a Response stating it takes no position in regard to the motion. Plaintiffs Resource Renewal Institute, Center for Biological Diversity, and Western Watersheds Project have filed a Response stating they do not oppose the motion and reserving the right to seek reasonable conditions on PRSRA's participation.

Having read and considered the parties' respective submissions, the Court finds the matter appropriate for decision thereon, VACATES the hearing scheduled for May 27, 2022, and hereby GRANTS the motion.

**IT IS SO ORDERED.**

Dated: May 10, 2022

MAXINE M. CHESNEY
United States District Judge