UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOES 1-100, INDIVIDUAL PERSONS,<br>  Plaintiff,<br>v.<br>NATIONAL PARK SERVICE,<br>  Defendant. | Case No. 24-cv-09009-TSH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Maxine M. Chesney for consideration of whether the case is related to *Resource Renewal Institute v. National Park Service*, 22-cv-00145-MMC.

**IT IS SO ORDERED.**

Dated: December 16, 2024

THOMAS S. HIXSON
United States Magistrate Judge